**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MELINDA LEVASSEUR,

Plaintiff,

v.

BALLY'S CORPORATION d/b/a BALLY'S DOVER CASINO RESORT f/k/a DOVER DOWNS, INC.,

Defendants.

C.A. No. 1:24-cv-00652-TMH

**ORDER**

Before the court is Defendants' Letter Regarding Dismissal of Action (D.I. 17) and Plaintiff's Counsel's Motion to Withdraw (D.I. 18). In the filings, the parties represent that the above-captioned case—which has been stayed pending arbitration—has been resolved in Defendants' favor. (D.I. 17 at 1; D.I. 18 at 1). After the final award was issued by the arbitrator, Plaintiff ceased communications with her counsel. (D.I. 18 at 1–2).

In light of these representations by the parties, the court ordered Plaintiff to file a response to both filings by October 16, 2026. (D.I. 19). Plaintiff did not file a response.

Having considered the filings, the court finds that the case should be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

/s/ Todd M. Hughes

The Honorable Todd M. Hughes
United States Circuit Judge, sitting by designation